**People of the State of Illinois, Plaintiff-Appellee, v. King James Hannon, Defendant-Appellant.**

**Gen. No. 49,838.**

First District, Second Division.

October 5, 1965.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Frederick F. Cohn, James J. Doherty, and Austin G. Rigney, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Matthew J. Moran, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**